■ R & H HOLDING COMPANY, INC., Appellant, v MILWAUKEE CATTLE COMPANIES et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 23, 1975, unanimously affirmed on opinion of Whitman, J., at Trial Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ CITY OF HOPE, INC., et al., Appellants, v FISK BUILDING ASSOCIATES et al., Respondents.—Order, Supreme Court, New York County, entered on February 25, 1976, unanimously affirmed on opinion of Baer, J., at Special Term, and that the respondents recover of the appellants one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ MARIA EKERT, as Administratrix of the Estate of ANNA GOTTFROIS, Deceased, Respondent, and JACK N. LERNER et al., Intervenors-Respondents, v URBAN RELOCATION CO., INC., et al., Appellants.—Order, Supreme Court, New York County, entered on June 6, 1975, and judgment entered thereon on June 20, 1975, unanimously affirmed on opinion of Saypol, J., at Special Term, and that plaintiff-respondent Maria Ekert recover of defendant-appellant Urban Relocation Co. $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ BENJAMIN TURKEL, Respondent, v I.M.I. WARP KNITS, INC., Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on January 21, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term and that plaintiff-respondent recover of defendant-appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Kupferman, Lupiano, Birns and Lane, JJ.

■ ESPERANZA FELICIANO, Individually and as Administratrix and as Mother and Natural Guardian of the Estate of ROBERTO PEREZ, Deceased, Appellant, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 11, 1975, unanimously affirmed on opinion of Myers, J., at Trial Term, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Lupiano, Birns and Lane, JJ.

■ HARRY REISS et al., Appellants, v KINGS OAKS TERRACE CO-OPERATIVE APARTMENTS, INC., Respondent.—On transfer from Appellate Division, Second Department, judgment of the Supreme Court, Kings County, entered on January 16, 1976, unanimously affirmed for the reasons stated by Rubin, J. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Kupferman, Lupiano, Birns and Lane, JJ.